UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEVYANI KHOBRAGADE and<br>AAKASH SINGH RATHORE,<br><br><br>　　　　　　Defendants. | CIVIL ACTION NO. 1:18-cv-11134<br><br><br>**PLAINTIFF'S NOTICE OF<br>MOTION FOR LEAVE TO<br>PROCEED USING A PSEUDONYM** |

**PLEASE TAKE NOTICE** that, upon this Motion for Leave and upon all pleadings herein, Plaintiff will move this court in the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on such date and time to be determined by the Court, for Motion for Leave to Proceed Using a Pseudonym.

Dated: New York, New York
November 29, 2018

Respectfully submitted,

/s/ Sumani Lanka

**THE LEGAL AID SOCIETY**
Adriene Holder, *Attorney-in-Charge, Civil Practice*
Karen Cacace, *Director, Employment Law Unit*
Sumani Lanka, *Staff Attorney, Employment Law Unit*
199 Water Street, 3rd Floor
New York, New York 10038
Telephone: (212) 577-3314
Facsimile: (646) 616-9468

**DECHERT LLP**
David Kelley
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Plaintiff*