UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>AAKASH SINGH RATHORE and DEVYANI KHOBRAGADE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.<br>)　1:18-cv-11134-VEC<br>)<br>)<br>)<br>)　Notice of Appearance<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To the Clerk of this Court and all parties of record:

I am a member of the bar of this Court in good standing, and I hereby appear in this case as counsel for Plaintiff Jane Doe and request that all subsequent papers be served on me at the address below.

Dated: New York, New York
　　　　December 13, 2018

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Karen Cacace, Esq.
　　　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　　　Employment Law Unit
　　　　　　　　　　　　　　　　　　　　The Legal Aid Society
　　　　　　　　　　　　　　　　　　　　199 Water Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　Telephone: 212-577-3363
　　　　　　　　　　　　　　　　　　　　kcacace@legal-aid.org

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1