

**THE LEGAL AID SOCIETY**
**CIVIL**

Employment Law Unit
199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Tel  (212) 577-3314
Fax  (646) 616-9468
SVLanka@legal-aid.org

Blaine (Fin) V. Fogg
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Karen Cacace
*Director*
Employment Law Unit

March 15, 2019

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

      **RE:  *Jane Doe v. Devyani Khobragade et al.*, 1:18-cv-11134-VEC – Update Regarding Service on Defendants**

Dear Judge Caproni:

We represent the Plaintiff, Jane Doe, in this matter.  Pursuant to our letter to the Court dated February 15, 2019, we write to update the Court on our efforts to serve the Defendants in this matter.

As the Court may recall, Defendant Devyani Khobragade currently resides in India. Ms. Doe sent a request for service under the Hague Service Convention to the Indian Central Authority (which is charged with processing and serving documents on parties living in India) on January 9, 2019 for service on Defendant Khobragade. Service, however, has not yet been effectuated.

With regard to Defendant Aakash Singh Rathore, we had located two additional addresses in New York that appeared to be owned by Mr. Rathore. We attempted service on both properties in March 2019 but were not successful. We understand that Defendant Rathore may be living in India and we are attempting to locate an address for him.

We will continue to provide the Court with monthly updates regarding service on the Defendants going forward.

Sincerely,

/s/ Sumani V. Lanka

Sumani V. Lanka

**Justice in Every Borough.**