

| | |
|---|---|
| | Employment Law Unit
199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Tel (212) 577-3314
SVLanka@legal-aid.org

Blaine (Fin) V. Fogg
*President*

Janet E. Sabel
*Attorney-in-Chief
Chief Executive Officer*

Adriene L. Holder
*Attorney–in–Charge
Civil Practice*

Karen Cacace
*Director
Employment Law Unit* |

April 16, 2019

The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

RE: *Jane Doe v. Devyani Khobragade et al.*, 1:18-cv-11134-VEC
Update Regarding Service on Defendants

Dear Judge Caproni:

We represent the Plaintiff, Jane Doe, in this matter. Pursuant to our letter to the Court dated February 15, 2019, we write to update the Court on our efforts to serve the Defendants in this matter.

As the Court may recall, Defendant Devyani Khobragade currently resides in India. Ms. Doe sent a request for service under the Hague Service Convention to the Indian Central Authority (which is charged with processing and serving documents on parties living in India) on January 9, 2019 for service on Defendant Khobragade. Service, however, has not yet been effectuated.

With regard to Defendant Aakash Singh Rathore, we understand that Defendant Rathore may be living in India and we are attempting to locate an address for him. As soon as we are able to locate an address, we will commence service in accordance with the Hague Service Convention.

Additionally, Plaintiff's counsel have entered into informal settlement negotiations with Defendants' counsel, Dan Arshack of Arshack, Hajek & Lehrman, who affirmed that he is representing Defendants in settlement discussions only. He has intimated to us that he does not intend to enter his appearance at this time. Accordingly, we are moving forward with our efforts to serve the Defendants under the Hague Service Convention.

We will continue to provide the Court with monthly updates regarding service on the Defendants going forward.

Best regards,

*/s/ Sumani V. Lanka*

Sumani V. Lanka
Staff Attorney

**Justice in Every Borough.**