

Employment Law Unit
199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Elizabeth Saylor
*Director*
Employment Law Unit

August 1, 2023

The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

> **RE:** *Jane Doe v. Devyani Khobragade et al.*, 1:18-cv-11134-VEC – Update Regarding Service on Defendants

Dear Judge Caproni:

We represent the Plaintiff, Jane Doe, in the above-referenced action. We write to update the Court on our efforts to serve the Defendants in this matter.

The State Department has confirmed that it has submitted the letters rogatory request to the MFA for execution. We are in contact with the State Department, though we still do not have an estimate on timing on when service will be effectuated. We have no further updates at this time.

As a separate update, the parties' settlement negotiations have stalled with Defendants' counsel, Dan Arshack of Arshack, Hajek & Lehrman, PLLC. Unfortunately, no further progress has been made, although the parties have stayed in communication.

We will keep the Court appraised with monthly updates regarding service on the Defendants going forward.

Sincerely,

/s/Sumani Lanka