UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff(s),

-against-

DEVYANI KHOBRAGADE and AAKASH SINGH RATHORE,

Defendant(s).

18-CV-11134 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 14, 2026, Srikanth Sreedhar filed a motion for leave to intervene in the above-captioned case. Dkt. 101. But the action for which Sreedhar seeks intervention has long since been terminated. Dkt. 99 (notice of voluntary dismissal with prejudice filed on December 15, 2023). Additionally, Sreedhar does not explain in their motion why intervention is appropriate. Accordingly, the motion for leave to intervene is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at ECF 101.

SO ORDERED.

Dated: September 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge